UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-80013-Middlebrooks

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH CHATMAN, et al

    Defendant.
_____/

### NOTICE OF APPEARANCE

COMES NOW the undersigned Assistant United States Attorney and gives notice that an appearance is being entered on behalf of the United States in this cause. It is therefore requested that the undersigned be added to the service list in this case.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:  *s/ Stephanie D. Evans*
    STEPHANIE D. EVANS
    Assistant United States Attorney
    Florida Bar No. 255180
    500 S. Australian Avenue, 4th Floor
    West Palm Beach, Florida 33401
    Telephone: (561) 820-8711
    Facsimile: (561) 805-9846
    E-Mail: Stephanie.Evans@USDOJ.GOV

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                         By:    *s/ Stephanie D. Evans*
                                        STEPHANIE D. EVANS
                                        Assistant United States Attorney