UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80013-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA

v.

KENNETH CHATMAN, et al.,

   Defendants.
_____/

**UNITED STATES' NOTICE OF FILING ADDITIONAL
REDACTED VICTIM IMPACT STATEMENTS**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the attached additional Redacted Victim Impact Statements, in accordance with the Court's Protective Order and the requirements of 42 U.S.C. § 290dd-2 and 42 C.F.R. §§ 2.1, *et seq.*   Unredacted copies will be provided to counsel for the defendants in accordance with the terms of the Protective Order.

                                        Respectfully submitted,

                                        BENJAMIN G. GREENBERG
                                        ACTING UNITED STATES ATTORNEY

                        By:     s/*A. Marie Villafaña*
                                        A. MARIE VILLAFAÑA
                                        Assistant United States Attorney
                                        Florida Bar No. 0018255
                                        500 South Australian Avenue, Suite 400
                                        West Palm Beach, FL 33401
                                        Telephone: 561 820-8711
                                        Facsimile: 561 820-8777
                                        ann.marie.c.villafana@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 16, 2017, I electronically filed the foregoing document with the Clerk of the Court and served the document via CM/ECF.

                                            s/*A. Marie Villafaña*
                                        A. MARIE VILLAFAÑA
                                        Assistant United States Attorney

My daughter, ▓▓▓▓▓ came to South FL in January of 2016 to get treatment for her addiction issue. She died of an overdose on October 14th, 2016 while in her bedroom at Open Arms sober living home in Lauderdale Lakes, which was affiliated with Reflections Treatment Center, the Intensive Outpatient Program she was attending.

I came to visit ▓▓▓▓▓ in July (2016) while she was attending Banyan Treatment Center's Christian Program in Pompano Beach. She seemed to be doing better than ever – staying sober, holding a job, attending meetings and church services, and had a focus on her future that she never had before. While at Banyan, she proudly shared with everyone that she had found God and was saved – she was baptized by the North Pier at Pompano Beach in June (2016). She wrote in one of her journals that she "finally had a sense of peace" that she never felt before. She told me that she was determined to create a better life for herself and that what she wanted more than ever was to make me proud of the person she had become. I was so proud of her already!

One week after I left FL, she called me and told me that she was transferring to Reflections Treatment Center. She said that she was told that they have a "better program" than Banyan and that she would be able to be with some of her friends. What I found out later was that she was "brokered" to this program and promised free rent and cigarettes, fewer required days in Intensive Outpatient, and job placement, among other perks. I advised her that things that appear to be too good to be true probably are… but ultimately it was her decision as an adult, so I supported her on it.

Within one month, ▓▓▓▓▓ was promoted to a "house manager" of her sober living home. She was so proud that she was selected for this increased responsibility and trust! In addition to the initial perks for attending Reflections Treatment Center and living in Open Arms sober living home, she said that she would receive $350 per week as the house manager. She was proud that she would be able to support herself financially without calling home to borrow money all the time for living expenses. She even started sending money to me, in an effort to pay me back for all of the money I had given her while she was in active addiction and unable to hold a job to make her own money. Needless to say, I saw this as a great sign and a step in the right direction.

While attending Reflections, ▓▓▓▓▓ had expressed a few times that all the people in charge cared about was making money. I told her that was likely untrue and that the people in charge were probably telling her things that she didn't want to hear but that it was for her own good. I encouraged her to trust the people in charge of her recovery until she was at a place in her life where she could begin to trust her own instincts. I basically advised her to put her full trust into the people who cared nothing for her as a human being and only for the profit they were making from her.

Shortly after she took the position as house manager, she called me saying that she was frustrated because people in the house were using drugs and "nobody was doing anything about it". I advised her to leave and offered to help her find a different place to live in a better environment, but she felt a strong obligation to stay and continue to manage the house.

▓▓▓▓▓ ultimately made the choice to use drugs on the night she overdosed. However, she did not choose to be taken advantage of by the people she trusted.

Kenny Chatman and his team preyed on the vulnerabilities of the addicts he was in the business of protecting.

I've asked myself again and again since my daughter's death, "How could this happen?" After learning more about how the recovery industry operates, I have come to realize that this is exactly what is bound to happen to many more addicts in recovery, because these treatment centers operate strictly for profit without regard to the lives they are responsible for. There is no regulation or accountability for their actions.

As for what sentence would be appropriate for Kenny Chatman, I have no idea. I will never be able to see or talk to my daughter again – there is no sentence that could be imposed or suffering that he could endure that will bring her back.

What I pray for more than strict sentencing is that he shows empathy for his actions and realizes what he has done. He had such a strong influence on so many people who trusted him – he could have done great things with that. Instead, he chose greed and selfishness. Will his moral character change as a part of his sentencing? Will he have remorse for the lives he has ruined and the families he has broken? I want him to acknowledge and understand the pain that I feel as a mother who lost her firstborn child. Beyond that, his punishment is of no relevance to me.

**Villafana, Ann Marie C. (USAFLS)**

**Subject:** FW: Victim Impact Statement

-------- Original message --------
From: ███████████████████
Date: 05/15/2017 2:51 PM (GMT-05:00)
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

Subject: Re: Victim Impact Statement

My name is ███████████, and I am the mother of ███████

On March 28, 1992, my life changed in a way I could only dream of. I became a mother for the first time, to the most beautiful angel. My daughter, ███ I knew instantly, what unconditional love was, and made a vow in that moment, to always protect her, and keep her from harm. I never imagined that just 23 short years later, my life would be changed again. On February 28, 2016, my worst nightmare came true. I would never see my baby girl again.
I couldn't imagine living without one of my children, and I didn't want to. I still don't. All I wanted, was to be with my child. To hold her. Forever.
I couldn't breathe. I couldn't sleep. I couldn't eat. Life as I knew it, would never be the same.

I had to take a leave of absence from work, for several months. I'm a 911 Dispatcher, and I take calls like this daily. But nothing ever prepares you for this moment. And nothing ever can. I have anxiety attacks, just walking into a grocery store, and have to turn around and walk out. I couldn't even go Christmas shopping this past year, for ███ little boy. Just the thought, makes me anxious. Counseling sessions are less frequent now, every other week, but still necessary. As is medication.

I no longer find joy in simple, everyday things. I don't want to do things that we used to do, because of the memories of doing them with ███ It's bittersweet, because they are good memories, but she's no longer here to enjoy them. I don't want to try new things, because she's not here to try them with me. Being happy just doesn't seem right anymore. Living just doesn't seem fair, since she's been gone.

Kenny and Laura Chatman have taken so much more from me than money. They have taken a mother away from her son. Her 6 year old son ███ is the love of her life, and one of the biggest reasons she was in treatment. But she never even got to see him start school. She will never see him go on his first date, or graduate high school. She won't get to dance with him at his wedding, or be with him when he has children of his own. And ███ will never know what it's like to have a brother, or a sister. ███ will never get to meet her nieces, or nephews. Or be in her sister's wedding. The list goes on.
She was denied the opportunity to live a sober life, and raise her son. They took that from them both.

███ came home to be with her family for Christmas. When it came time to go back, she begged me not to make her go. She said "I'm afraid I'll never see you again." I hugged her tight, and promised her that she would see me again. And that I would never let anything happen to her. Those words haunt me. If I had known that it really would be the last time we saw each other, I would have never let her go. I have to live with that.
███ called home on Saturday February 27, 2016, and informed us that she would be dancing. She said "please don't hate me, I just want you to know, in case anything happens to me."
And it did. Just a few short hours later.

They have taken a daughter. A mother. A sister. A niece. A cousin. A granddaughter. A friend. And so much more, that can never be replaced.

I would always tell her "I love you to the moon and back." And I will never hear her say "to infinity and beyond", again.

I am pleading with you, Your Honor, to hand out the maximum sentence possible to both Kenny and Laura Chatman. He would like you to believe he is compassionate, caring, and loving. Was he showing compassion when he was selling my daughter? Or when he was giving her drugs instead of helping her obtain sobriety? Is it loving, or is it caring, when I

1

receive insurance claims for my daughter .... from 2 months after she passed away? Was she showing compassion while driving her fancy car? Or waking up in her extravagant home? Or was it while she was vacationing in her luxury vacation home?   They are both dangerous and heartless human beings, who knew exactly what they were doing. They are not sorry for what they have done. They are sorry they got caught. Neither deserve to see the light of day.

My daughter will never get to take another breath.

Sincerely,