AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA
V.
KENNETH CHATMAN

**EXHIBIT AND WITNESS LIST**

Case Number:   17-80013-CR-DMM

| PRESIDING JUDGE<br>DONALD M. MIDDLEBROOKS | PLAINTIFF'S ATTORNEY<br>Ann Marie Villafana | DEFENDANT'S ATTORNEY<br>Saam Zanageneh and Ronald Gainor |
|---|---|---|
| TRIAL DATE (S)<br>May 17, 2017 (Sentencing) | COURT REPORTER<br>Diane Miller | COURTROOM DEPUTY<br>Genevieve McGee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 5/17/2017 | X | X | Letter |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages